# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PHILLIP BURTON HAUSKEN,

        Plaintiff,

v.

DANIEL LEWIS, et al.,

        Defendants.

CASE NO. C14-5514BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is dismissed **without prejudice** for Plaintiff's failure to pay the Court's filing fee or to submit a proper application to proceed in forma pauperis.

Dated this 20th day October, 2014.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER