UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP BURTON HAUSKEN,

          Plaintiff,

   v.

DANIEL LEWIS, et al.,

          Defendants.

CASE NO. C14-5514 BHS

ORDER

This matter comes before the Court on Plaintiff Phillip Hausken's ("Hausken") motion to terminate legal financial obligations (Dkt. 9).

On June 27, 2014, Hausken filed a motion to proceed *in forma pauperis* and proposed civil rights complaint. Dkt. 1. On October 20, 2014, the Court denied the motion and dismissed the complaint because Hausken failed to perfect his *in forma pauperis* application and did not pay the filing fee. Dkt. 8. On July 16, 2015, Hausken filed the instant motion requesting that the Court terminate his financial obligations for this action. Dkt. 9.

ORDER - 1

Without more information, the motion appears to be moot. Because the Court denied Hausken's motion to proceed *in forma pauperis*, the Court did not impose any financial obligation on Hausken for this case. If the state is imposing a financial obligation on Hausken for *this* case and periodically deducting payments from his prison accounts for *this* case, then Hausken may have a right to terminate such deductions. Hausken, however, fails to show that the current deductions are for this case and concedes that he has filed other cases in this district. Therefore, the Court **DENIES** Hausken's motion.

**IT IS SO ORDERED**.

Dated this 25th day of August, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge